UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23046-CIV-MARTINEZ-BECERRA

SYNOVUS BANK d/b/a FLORIDA
COMMUNITY BANK, N.A.,

    Plaintiff,

v.

FC GLOBAL TRADING, INC., *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff Synovus Bank's Motion for Entry of Default Final Judgment and for an Award of Damages against Defendants (the "Motion"), (ECF No. 11). (ECF No. 14.) Judge Becerra filed a Report and Recommendation in which she recommended that: (1) the Motion be granted in part and denied in part; (2) Plaintiff be granted final default judgment as to Count I against all Defendants; (3) final default judgment be denied as to Counts II–IV; (4) Plaintiff be granted final default judgment as to Count V against Defendant FC Global Trading, Inc.; (5) Plaintiff be granted final default judgment as to Count VI against Defendant Diajen Enterprises, Inc.; (6) Plaintiff be granted final default judgment as to Count VII against Defendant All American Parts Corp.; and (7) Plaintiff be awarded $955,974.45 from Defendant FC Global Trading, Inc., $925,534.00 from Defendant Diajen Enterprises, Inc., and $128,378.10 from Defendant All American Parts Corp. (ECF No. 31 at 17.) This Court has reviewed the record and notes that no objections have been filed, and the time to do so has passed.

(*See id.* at 17–18.)

Accordingly, after careful consideration, it is **ADJUDGED** that Judge Becerra's Report and Recommendation, (ECF No. 31), is **AFFIRMED** and **ADOPTED**.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 11), is **GRANTED IN PART** and **DENIED IN PART** as set forth in the Report and Recommendation.

2. Plaintiff shall be awarded **$955,974.45** in damages against Defendant FC Global Trading, Inc.

3. Plaintiff shall be awarded **$925,534.00** in damages against Defendant Diajen Enterprises, Inc.

4. Plaintiff shall be awarded **$128,378.10** in damages against Defendant All American Parts Corp.

5. Final default judgment will be entered by separate order.

6. Plaintiff shall immediately send a copy of this Order to Defendants and file a certificate of service on the record.

7. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record